# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 29, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146433-5(59)

MARIE HUNT, Personal Representative for the
ESTATE OF EUGENE WAYNE HUNT,
      Plaintiff/Counter-Defendant/Cross-
      Defendant-Appellant,

v

ROGER DRIELICK and COREY DRIELICK,
d/b/a ROGER DRIELICK TRUCKING,
      Defendants/Counter-Plaintiffs/Cross-
      Plaintiffs/Third-Party-Defendants/
      Counter-Defendants,

and

GREAT LAKES CARRIERS CORP.,
      Defendant/Cross-Defendant-Appellee,

and

GREAT LAKES LOGISTICS & SERVICES, INC.,
and MERMAID TRANSPORTATION, INC.,
      Defendants/Cross-Defendants,

and

SARGENT TRUCKING, INC.,
      Defendant-Appellee,

and

NOREEN LUCZAK and THOMAS LUCZAK,
      Third-Party-Defendants/Counter-
      Defendants-Appellees,

and

EMPIRE FIRE AND MARINE INSURANCE
COMPANY,
      Garnishee Defendant-Appellee.
_____/

SC:  146433
COA:  299405
Bay CC:  96-003280-NI

BRANDON JAMES HUBER,
      Plaintiff-Appellant,

v

COREY DRIELICK and ROGER DRIELICK,
d/b/a ROGER DRIELICK TRUCKING,
      Defendants/Third-Party-Plaintiffs,

and

GREAT LAKES CARRIERS CORP.,
      Defendant-Appellee,

and

GREAT LAKES LOGISTICS & SERVICES, INC.,
and MERMAID TRANSPORTATION, INC.,
      Defendants,

and

SARGENT TRUCKING, INC.,
      Defendant-Appellee,

and

GREAT LAKES CARRIERS, INC.,
      Third-Party-Defendant,

and

EMPIRE FIRE AND MARINE INSURANCE
COMPANY,
      Garnishee Defendant-Appellee.

SC: 146434
COA: 299406
Bay CC: 97-003238-NI

_____/

THOMAS LUCZAK and NOREEN LUCZAK,
      Plaintiffs-Appellants,

v

COREY DRIELICK and ROGER DRIELICK,
d/b/a ROGER DRIELICK TRUCKING,
      Defendants-Third-Party-Plaintiffs,

and

SC: 146435
COA: 299407
Bay CC: 96-003328-NI

GREAT LAKES CARRIERS CORP.,
        Defendant-Appellee,

and

GREAT LAKES LOGISTICS & SERVICES, INC.,
and MERMAID TRANSPORTATION, INC.,
        Defendants,

and

SARGENT TRUCKING, INC.,
        Defendant-Appellee,

and

GREAT LAKES CARRIERS, INC.,
        Third-Party-Defendant,

and

EMPIRE FIRE AND MARINE INSURANCE
COMPANY,
        Garnishee Defendant-Appellee.

_____/

On order of the Chief Justice, the motion of plaintiffs-appellants to extend the time for filing their appeal brief and appendixes to December 13, 2013, is GRANTED. The brief and appendixes will be accepted as timely filed if they are filed on or before that date.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

    October 29, 2013        

                                   Clerk